# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 97-cr-0301-GPC |
|---|---|
| Plaintiff, | **ORDER GRANTING MOTION TO REDUCE SENTENCE** |
| v. | |
| JESUS MONTERRUBIO, | **[ECF No. 102]** |
| Defendant. | |

On October 27, 1997, Jesus Monterrubio ("Defendant") was sentenced to a custodial term of 262 months for a conviction of one count of distribution of methamphetamine and one count of being a deported found in the United States. On January 20, 2016, the Government filed a Motion to Reduce Sentence pursuant to Fed. R. Crim. P. 35. (ECF No. 101.)

Having fully reviewed the Government's motion and the applicable law, the Court finds that Defendant provided substantial assistance to the Government in the prosecution of two Bureau of Prison Correctional Officers. The cooperation included multiple debriefings by the FBI and testifying at the trial of two correctional officers. The assistance was provided in a timely manner, valuable in the prosecution of law enforcement defendants accused of serious crimes, and subjected Defendant to a great risk of retaliation. In addition, the cooperation has led to extremely onerous living conditions consisting of Defendant's isolation for 23 hours a day. Considering the amount of time that Defendant has served on the sentence imposed by this Court and

1 | the extent and value of Defendant's substantial assistance, the Court **GRANTS** the
2 | Government's Motion to Reduce Sentence from 262 months to "time served."

### CONCLUSION AND ORDER

Based on the reasons stated above, the Government's Motion to Reduce Sentence (ECF No. 102) is **GRANTED**.

**IT IS SO ORDERED**.

DATED: February 17, 2016

*[signature]*
HON. GONZALO P. CURIEL
United States District Judge